# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DEJON ANDRADE, <br> Defendant. | Case No. 17-cr-00261 BLF (NC) <br> **DETENTION ORDER** <br> Hearing: May 11, 2017 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the Government moved for detention of the defendant DEJON ANDRADE, and the Court on May 11, 2017, held a detention hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. This order sets forth the Court's findings of fact and conclusions of law as required by 18 U.S.C. § 3142(i). The Court finds that detention is warranted.

The defendant was present at the detention hearing, represented by his attorney Rita Bosworth, AFPD. The Government was represented by Scott Simeon, AUSA.

The defendant is charged by indictment in this District with twenty felony firearms offenses, including possession of a firearm without a serial number, dealing in firearms

Case No. 17-cr-00261 BLF (NC)

without a license, and unlawful possession of a firearm by a convicted felon. ECF 5. The maximum prison sentence, if convicted, is ten years. The defendant is presumed innocent of the charges. *See* 18 U.S.C. § 3142(j).

The detention hearing was held publicly. Both parties were allowed an opportunity to call witnesses and to present evidence. Both parties presented their arguments by way of proffer through counsel. Both parties may appeal this detention order to the assigned trial judge, U.S. District Court Judge Beth Labson Freeman.

I. PRESUMPTIONS

The charged offenses do not create a presumption of detention.

II. REBUTTAL OF PRESUMPTIONS

The defense has no burden to rebut in this case.

III. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS

The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows. The Court adopts the facts set forth in the Pretrial Services Reports prepared May 10, supplemented by information presented at the hearing. (The report indicated the defendant is charged by complaint; this order updates the procedural status of the charge). The Court finds that the Government has established by more than clear and convincing evidence that the defendant poses a risk of danger to the community and that no combination of conditions can reasonably mitigate that risk. The offense conduct took place while defendant was on supervised release for a prior felony firearms conviction in Eastern District of California. He has had multiple supervision violations and has been abusing drugs while on release. This record, when joined with the serious firearms offenses charged in the case, combine to create an untenable risk to the community. As to risk of non-appearance, the Court finds that the defendant poses some risk (based on the charged offense conduct and his poor performance while on release), but that a combination of conditions could be imposed to mitigate the risk.

## IV. DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: May 15, 2017

Nathanael M. Cousins
United States Magistrate Judge